# Court of Appeals
# of the State of Georgia

ATLANTA,   August 10, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2315.   SHARON STARKS v. GEORGIA HOUSING & FINANCE AUTHORITY.

This case began in maigstrate court as a dispossessory proceeding brought by Georgia Housing and Finance Authority against Sharon Starks. The magistrate found in favor of the plaintiff, and the defendant appealed to the superior court. On May 1, 2012, the court entered a consent order between the parties. On May 23, 2012, Defendant Starks filed a notice of appeal from the consent order. We lack jurisdiction for several reasons.

First, when a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Accordingly, Starks's notice of direct appeal does not give rise to a valid appeal.

Second, this appeal is untimely. See OCGA § 44-7-56 (providing that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Here, Starks did not file her notice of appeal until 22 days after the consent order was entered. For these reasons, we lack jurisdiction over this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>08/10/2012</u>
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*